Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telephone:  (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff TAMARA M. HOFFMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA M. HOFFMAN, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>HUNT & HENRIQUES, a California law partnership; and DOES 1-10, inclusive,<br><br>        Defendants. | **CASE NO.: CV15-06599 PJW**<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>**[[PROPOSED] ORDER FILED CONCURRENTLY]** |

**TO THE HONORABLE COURT HEREIN:**

**WHEREAS** the parties in the above-captioned matter have entered into a settlement agreement resolving all of the issues raised in this case, and whereas performance under that agreement is now complete,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this case

///

///

1

should now be dismissed in its entirety with prejudice.

       IT IS SO STIPULATED.

DATED: June 27, 2016               Respectfully submitted,

                            By:     */S/   Aidan W. Butler*
                                  Aidan W. Butler
                                  Attorney for Plaintiff
                                  TAMARA HOFFMAN

DATED: June 27, 2016               HUNT & HENRIQUES

                            By:     */S/ Kurtiss Jacobs*
                                  Kurtiss Jacobs
                                  Attorney for Defendant
                                  HUNT & HENRIQUES