JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA M. HOFFMAN, an individual, | **CASE NO.: CV15-06599 PJW** |
| Plaintiff, | **ORDER** |
| vs. | |
| HUNT & HENRIQUES, a California law partnership; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the foregoing stipulation of the parties, with good cause shown, IT IS HEREBY ORDERED that this case is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: June 28, 2016

By: *Patrick J. Walsh*
MAGISTRATE JUDGE OF THE
U.S. DISTRICT COURT

CV15-06599 PJW          1          [PROPOSED] ORDER